**Joseph DUREIKO, as Trustee, and Southern Pine Isle Corporation, Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 05–5023.**

United States Court of Appeals, Federal Circuit.

Jan. 11, 2006.

Before LOURIE, RADER, and LINN, Circuit Judges.

LINN, Circuit Judge.

Joseph Dureiko, and Southern Pine Isle Corporation (collectively "Dureiko") appeal the decision of the United States Court of Federal Claims Case No. 97–CV–44 (Sep. 29, 2004). The Court of Federal Claims dismissed Dureiko's complaint alleging breach of contract and entered judgment for the United States on the grounds that there was no express or implied contract

and Dureiko cannot recover under a *quantum meruit* theory against the United States. We *affirm* for the reasons stated by the Court of Federal Claims.